IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:10-CR-80-1H

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PHILLIP ALLEN BROOKS, | ) | |
| Defendant. | ) | |

This matter is before the court on the government's motion to quash a subpoena issued by defense counsel to the Chief of Police of the Jacksonville, North Carolina Police Department [DE #40]. On June 17, 2011, defendant filed a response withdrawing the subpoena [DE #41]. Accordingly, the court hereby DISMISSES the government's motion as moot.

This 5TH day of July 2011.

MALCOLM J. HOWARD
Senior United States District Judge

Greenville, NC
#31